El Pueblo, Demandante y Apelado, *v.* Vázquez, Acusado
y Apelante.

Apelación procedente de la Corte de Distrito de San Juan,
Sección Segunda, en causa por Infracción del Artículo
438 del Código Penal.

No. 1681.—Resuelto en marzo 31, 1921.

Sentencia Penal Errónea — Compra de Artículos Hurtados. — Una sentencia
imponiendo multa o cárcel en defecto de pago, por infracción del artículo 438
del Código Penal consistente en haber comprado el acusado por $23 artículos
que él sabía que eran hurtados, es errónea porque tal delito no puede casti-
garse sino con presidio o cárcel, pero no es necesariamente nula, pudiendo ser
corregida en apelación.

Los hechos están expresados en la opinión.
Abogado del apelante: No tiene.
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tri-
bunal.

El apelante Ulises Vázquez no ha comparecido en este
Tribunal Supremo por escrito ni oralmente el día de la vista
para alegar los errores que atribuye a la sentencia contra
la cual recurre. Tampoco en la transcripción de los autos
existe pliego de excepciones ni de exposición del caso pero
al examinar la denuncia y la sentencia observamos que ésta
le impone como pena el pago de una multa de cien dólares
o un día de cárcel por cada dólar que dejare de pagar, siendo
así que el hecho de haber comprado por veinte y tres dólares
cierta cantidad de café, sabiendo que había sido hurtado,
por el cual fué denunciado, está castigado en el artículo 438
del Código Penal con presidio cuando la cuantía de la cosa
hurtada excede de cincuenta dólares, con cárcel cuando es
inferior y no con multa.

Aún cuando hay diversidad de criterio en las resoluciones
de los tribunales sobre si el hecho de imponer una pena no
autorizada por la ley hace nula o no la sentencia, nosotros
opinamos con aquéllos que sostienen que no es nula, toda

vez que no habiendo motivo para afirmar que fué errónea la declaración de culpabilidad no debemos revocar la sentencia ni ordenar un nuevo juicio; ni debemos devolver el caso a la corte inferior para que fije la pena correspondiente de acuerdo con la ley, pues el artículo 346 del Código de Enjuiciamiento Criminal nos faculta para modificar la sentencia apelada, que es lo que debemos hacer en este caso a fin de que la pena esté de acuerdo con la ley, y la fijaremos en tres meses de cárcel.

La sentencia apelada debe ser confirmada aunque modificándola en cuanto a la pena.

> *Confirmada la sentencia pero modificada imponiendo tres meses de cárcel al acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.